UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

              Plaintiff,              Case No. 20-cr-20597
                                         Honorable Mark A. Goldsmith

vs.

Michael James,

              Defendant.

---

**AMENDED PRELIMINARY ORDER OF FORFEITURE
AND FINAL ORDER OF FORFEITURE**

---

On September 7, 2022, the Court issued a Stipulated Preliminary Order of

Forfeiture (ECF No. 55) ordering the forfeiture of the following "Subject Firearm

and Ammunition" pursuant to 18 U.S.C. § 924(d) together with 28 U.S.C. §

2461(c):

- Miscellaneous Firearm & Ammunition (21-FBI-002150):
  - Glock .40 caliber pistol, model: 23, S/N HML637 (hereinafter referred to as "Subject Firearm"); and
  - 14 rounds of .40 caliber ammunition;

and the following "Subject Personal Property" pursuant to 18 U.S.C. §

981(a)(1)(C) together with 28 U.S.C. § 2461:

- $2,970 in U.S. currency seized from the defendant's person on October 2, 2020; and
- Montcler jacket, valued at $1,473.40, seized from the defendant on October 2, 2020.

The Government has since been advised by the Federal Bureau of Investigation that the Subject Personal Property was not brought into federal custody.

Based on the government's Application, the representations therein, and Federal Rules of Criminal Procedure 32.2 and 36, the Stipulated Preliminary Order of Forfeiture is **HEREBY AMENDED** as follows:

1. The Subject Personal Property is hereby removed from the Stipulated Preliminary Order of Forfeiture.

2. Because notice was given, and no petitions have been filed, all right, title, and interest in the Subject Firearm and Ammunition has been **FORFEITED** to the United States of America in accordance with the Stipulated Preliminary Order of Forfeiture.

3. All other terms of the Stipulated Preliminary Order of Forfeiture remain in effect and are not being amended in any other respect.

4. The Amended Preliminary Order of Forfeiture is now final pursuant to Federal Rule of Criminal Procedure 32.2(c)(2) and the Subject Firearm and Ammunition may be disposed of according to law.

5. The Court shall retain jurisdiction to enforce the Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure

2

32.2(e).

**IT IS SO ORDERED.**

Dated: April 17, 2026          s/Mark A. Goldsmith
Detroit, Michigan               MARK A. GOLDSMITH
                                United States District Judge